IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RODOLFO GARCIA NUNEZ,<br><br>Defendant. | Case No.:  1:13-CR-00412-001 NONE SKO<br><br>ORDER OF RELEASE |

The above-named defendant having been sentenced on April 23, 2021, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith.  This Order in no way addresses any potential or existing Immigration or Deportation issues.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:   **April 23, 2021**               _____
                                                                  UNITED STATES DISTRICT JUDGE